UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANNELLE JAMISON | * | CIVIL ACTION NO.: |
| | * | |
| VERSUS | * | JUDGE: |
| | * | |
| FLOOR AND DECOR OUTLETS OF | * | MAGISTRATE: |
| AMERICA, INC. D/B/A FLOOR & | * | |
| DECOR, AND SAFETY NATIONAL | | |
| CASUALTY CORPORATION | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS, FLOOR AND DECOR OUTLETS OF AMERICA, INC. AND SAFETY NATIONAL CASUALTY CORPORATION NOTICE OF REMOVAL TO ADVERSE PARTY

TO:     Plaintiff Jannelle Jamison
         Through its Counsel of Record:
         Pius A. Obioha (La. Bar No. 25810)
         Jordan P. Parker (La. Bar No. 39299)
         1550 North Broad St.
         New Orleans, LA  70119

**PLEASE TAKE NOTICE** that a Notice of Removal of this action was filed in the United States

Court for the Eastern District of Louisiana on July 1, 2022.  A copy of said Notice of Removal is

attached to this Notice and is served and filed therewith.

Respectfully submitted,

*/s/ Elise Madere Lee*
Kimberly R. Silas (La. Bar No. 33371)
Elise Madere Lee (La. Bar No. 35897)
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
650 Poydras Street, Suite 2200
New Orleans, Louisiana 70130
Phone: (504) 702-1710
Fax:     (504) 702-1715
Kimberly.Silas@wilsonelser.com
Elise.MadereLee@wilsonelser.com
*Counsel for Defendants, Floor and Decor Outlets of America, Inc. and Safety National Casualty Corporation*

272571432v.1

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Notice of Removal to Adverse Party, has been served upon all counsel of record by facsimile, hand delivery, electronic mail, and/or placing same in the United States mail, postage prepaid and properly addressed, this 1st day of July, 2022.

*/s/ Elise Madere Lee*
Elise Madere Lee

2