24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON    P11835

STATE OF LOUISIANA

NO. 828-250      DIVISION

M

JANNELLE JAMISON

VERSUS

FLOOR AND DECOR OUTLETS OF AMERICA, INC. D/B/A FLOOR & DECOR, AND SAFETY NATIONAL CASUALTY CORPORATION

FILED: _____     _____
                                        DEPUTY CLERK

### PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Jannelle Jamison, a person of full age of majority who is domiciled in St. Tammany Parish, State of Louisiana, who avers as follows:

**1.**

Made Defendants herein are:

A. **Floor and Decor Outlets of America, Inc. d/b/a Floor & Decor**, a foreign or domestic corporation authorized to do and doing business in the Parish of Jefferson, State of Louisiana, with its registered agent as C T Corporation System, upon whom service and citation are to be made and whose employees had actual knowledge of the wooden pallet on the floor and failed to correct it; and

B. **Safety National Casualty Corporation (Claim No. 1398-GL-21-0300027)**, a foreign company authorized to do and doing business in the State of Louisiana, with the Secretary of State of the State of Louisiana as its registered agent upon whom citation and service are to be made, and upon information and belief the insurer of Floor and Decor Outlets of America, Inc.

**2.**

Venue is proper under Louisiana Code of Civil Procedure, Articles 42 and 74.

**3.**

The defendants are justly and truly indebted unto your petitioner for personal injuries she sustained when he was injured for the following reasons, to-wit:

**4.**

On May 13, 2021, Plaintiff Jannelle Jamison was a patron at Floor & Decor located at 4



JON A. GEGENHEIMER

06/24/2022 15:02:38 CERTIFIED TRUE COPY - Pg:1 of 7 - Jefferson Parish Clerk of Court - ID:2292761

Westside Shopping Center, Gretna, LA 70053, when, suddenly and without warning, she tripped on a wooden pallet on the floor in the middle of the aisle causing her to fall thereby sustaining very serious bodily injuries. The wooden pallet was then immediately removed by a nearby employee and placed in the proper place in the store.

**5.**

Plaintiff sustained serious, recurring personal injuries and incurred medical expenses, which are claimed as special damages herein.

**6.**

At all times relevant, Floor and Decor Outlets of America, Inc. d/b/a Floor & Decor's employees failed to place any proper caution signage or warning cones around the defective and affected area, which resulted in Plaintiff, Jannelle Jamison, tripping and falling.

**7.**

The wooden pallets obstructing the walkway rendered the entire aisle, where she tripped and fell, defective.

**8.**

At all times relevant, Defendant, Safety National Casualty Corporation, was the insurer of Floor and Decor Outlets of America, Inc. d/b/a Floor & Decor, whose employees are responsible for the injuries Plaintiff suffered, and which provided liability coverage on the date of the accident, for the type of damages sought herein.

**9.**

At all times relevant, Plaintiff avails herself of the benefits of Louisiana Code of Civil Procedure, Article 5181, et seq.

**10.**

The aforesaid Defendants are jointly and truly indebted unto your Plaintiff, jointly and severally for such damages as are reasonable in the premises, together with legal interest thereon from date of judicial demand until paid, for all costs of this proceeding, and for all general damages and equitable relief for the following, to wit:

**11.**

The corporate defendant, Floor and Decor Outlets of America, Inc. d/b/a Floor & Decor, is vicariously liable for the tortious conduct of its employees herein. The defendant through its employees knew, or should have known, about the defective conditions of the floor.


JON A. GEGENHEIMER

06/24/2022 15:02:38 CERTIFIED TRUE COPY - Pg:2 of 7 - Jefferson Parish Clerk of Court - ID:2292761

24th E-Filed: 05/13/2022 15:24 Case: 828250 Div:M Atty:025810 PIUS A OBIOHA

**12.**

Plaintiff, Jannelle Jamison, will show that the said incident was caused solely and proximately by the negligence of the Defendant Floor and Decor Outlets of America, Inc. d/b/a Floor & Decor, through its servants, agents and/or employees, in the following non-exclusive respects:

1. Failure to act as a prudent administrator;
2. Failure to provide a conducive business environment;
3. Failure to exercise reasonable care under the circumstances in violation of public safety;
4. Responsible for causing public hazard and creating a dangerous business environment;
5. Failure to operate a business in a safe environment;
6. Intentionally manufacturing a dangerous business environment which was unsafe for the patrons and by so doing, created a severe risk of harm or serious bodily injury;
7. Operating a business in a reckless and wanton manner without regard for public safety and well-being;
8. Failing to see what should have been seen;
9. Failing to exercise reasonable due care;
10. Rendering the premises defective by allowing a wooden pallet to sit unattended on the floor for extended periods of time;
11. Causing an unreasonably dangerous condition to exist;
12. Failing to correct an unreasonably dangerous condition;
13. Failing to maintain a safe business environment;
14. Failing to place or post any caution signs or signage to alert patrons of the impending danger of tripping and falling;
15. Failing to warn patrons of an unreasonably dangerous condition; and
16. Any other acts of negligence and/or omissions which may be proven at trial.

**13.**

As a direct and proximate result of the negligent actions or omissions through the employees of the defendants sued upon herein, Plaintiff, Jannelle Jamison, has sustained painful



06/24/2022 15:02:38 CERTIFIED TRUE COPY - Pg:3 of 7 - Jefferson Parish Clerk of Court - ID:2292761

**0003**

and debilitating injuries and damages, which are serious in nature and require continuing medical care and treatment, the full residual and *sequala* are not fully known, but are serious in nature.

**14.**

Plaintiff, Jannelle Jamison, itemizes her damages and losses as follows:

a. Past, present and future physical pain and suffering;

b. Past, present, and future mental anguish and emotional trauma;

c. Past, present, and future emotional distress;

d. Past, present, and future pain and suffering;

e. Past, present and future loss of pursuit of happiness;

f. Past, present, and future loss of enjoyment of life;

g. Past, present, and future medical, hospital, and pharmaceutical expenses;

h. Loss of consortium, love, intimacy, companionship, and affection;

i. Loss of earning capacity due to severe injury, lost wages; and

j. Any and all other damages itemized at the trial of this matter and provided by law;

**WHEREFORE**, Plaintiff prays that Defendants be duly cited to appear and answer this Petition; that Defendants be served with a copy thereof and that, after the lapse of all legal delays and due proceedings had, there be judgment herein in favor of the Plaintiff and against Defendants for physical pain and suffering, mental anguish, emotional distress, medical expenses, past, present, and future loss of enjoyment of life and pursuit of happiness, and all as are reasonable in the premises. Plaintiff further prays that she be granted any and all such further relief for which she is entitled under the law.



06/24/2022 15:02:38 CERTIFIED TRUE COPY - Pg:4 of 7 - Jefferson Parish Clerk of Court - ID:2292761

24th E-Filed: 05/13/2022 15:24 Case: 828250 Div:M Atty:025810 PIUS A OBIOHA

**0004**

Respectfully Submitted,

**Law Offices of Pius A. Obioha & Associates, LLC**

*Pius Obioha*

**PIUS A. OBIOHA, BAR #25810**
**JORDAN P. PARKER, BAR #39299**
1550 North Broad Street
New Orleans, LA 70119
Tel: (504) 265-0437
Fax: (504) 265-0440
pius@obiohalaw.com
jordan@obiohalaw.com
*Attorneys for Plaintiff, Jannelle Jamison*

**PLEASE SERVE:**

1. Floor and Decor Outlets of America, Inc. d/b/a Floor & Decor
   Through their registered agent for service of process
   C T CORPORATION SYSTEM
   3867 PLAZA TOWER DR.
   BATON ROUGE, LA 70816

   SOS 50.00 chk# 6692
   EBR 80.83 chk# 6693

2. Safety National Casualty Corporation
   Through their registered agent for service of process
   Louisiana Secretary of State
   8585 Archives Avenue
   Baton Rouge, LA 70809

24th E-Filed: 05/13/2022 15:24 Case: 828250 Div:M Atty:025810 PIUS A OBIOHA



JON A. GEGENHEIMER

06/24/2022 15:02:38 CERTIFIED TRUE COPY - Pg:5 of 7 - Jefferson Parish Clerk of Court - ID:2292761



# JON A. GEGENHEIMER
## JEFFERSON PARISH CLERK OF COURT
24th *Judicial District Court Civil Records Department*
P.O. BOX 10 • GRETNA LA 70054-0010 • (504) 364-3740

# CIVIL RECORDS TELEPHONE CALL LOG

## Call 1

Case No: 828-250    Div. "M"              MAY 17, 20 22

Deputy Clerk: s/ MAREASA BOUDREAUX            Time: 9:30 AM

Deputy Clerk Spoke To: JORDAN _____ of

**Notes:**
STATES HE WILL HAVE CHECKS MAILED THIS WEEK
EBRSO $80.88
SOS $50.00

RECEIVED VIA MAIL
FOR RECORD 05/23/2022 11:04:55
Michelle S. Bruner DY CLERK
JEFFERSON PARISH LA

## Call 2

Case No: 828-250    Div. "M"              5-23, 2022

Deputy Clerk: s/ Mareasa BOUDREAUX           Time: _____

Deputy Clerk Spoke To: _____ of

rec'd via mail
MB

**Notes:**

## Call 3

Case No: 828-250    Div. "M"              _____, 20 ___

Deputy Clerk: s/ Mareasa Adams               Time: _____

Deputy Clerk Spoke To: _____ of

**Notes:**



06/24/2022 15:02:38 CERTIFIED TRUE COPY - Pg:6 of 7 - Jefferson Parish Clerk of Court - ID:2292761

RECEIVED VIA MAIL
FOR RECORD 05/23/2022 11:05:28
Michelle S. Bruner DY CLERK
JEFFERSON PARISH LA

# LAW OFFICES OF PIUS A. OBIOHA & ASSOCIATES, L.L.C.
### ATTORNEY AND COUNSELOR AT LAW
### NOTARY PUBLIC
### 1550 NORTH BROAD STREET
### NEW ORLEANS, LOUISIANA 70119

rec'd via mail
5-23-22
MB

Telephone: (504) 265-0437          Facsimile: (504) 265-0440

May 16, 2022

24th JDC
Attn.: Ms. Mareasa K. Boudreaux
Deputy Clerk of Court
200 Derbigny Street, Ste 2400
Gretna, LA 70053

    RE: Jannelle Jamison vs. Floor and Décor Outlets of America, Inc, et al
      24th JDC No.: 828250

Dear Clerk:

  Please find enclosed our firm's check with number 6693 in the amount of $80.88, payable to the East Baton Rouge Parish Sheriff's Office and check number 6692 in the amount of $50.00, payable to the Secretary of State, to cover the plaintiff's service cost in the case referenced above.

  Should you have any questions, please do not hesitate to call our office.

           Best Regards,

           Catherine Obioha

           Catherine Obioha
           Paralegal / Accountant

Enclosures: as stated

/co



JON A. GEGENHEIMER    06/24/2022 15:02:38 CERTIFIED TRUE COPY - Pg:7 of 7 - Jefferson Parish Clerk of Court - ID:2292761

**24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON**

**STATE OF LOUISIANA**

P|515

NO. 828-250        DIVISION

**JANNELLE JAMISON**

**VERSUS**

**FLOOR AND DECOR OUTLETS OF AMERICA, INC. D/B/A FLOOR & DECOR, AND SAFETY NATIONAL CASUALTY CORPORATION**

FILED: _____        _____
                                                                      **DEPUTY CLERK**

## REQUEST FOR WRITTEN NOTICE

TO:   **CLERK OF COURT**
        24th Judicial District Court
        Parish of Jefferson
        200 Derbigny Street.
        Gretna, LA 70053

**PURSUANT** TO Article 1572 of the Louisiana Code of Civil Procedure, I hereby request written notice of the dates set for trial of the above numbered and entitled matter, or the date set for trial or hearing of any pleading or motion herein, at least ten (10) days before any trial or hearing date.

I also request notice of the signing of any final judgment or of the rendition of any interlocutory order or judgment in said cause as provided by Article 1913 and 1914 of the Louisiana Code of Civil Procedure.

Respectfully Submitted,
**Law Offices of Pius A. Obioha & Associates, LLC**

*/s/ Pius Obioha*
**PIUS A. OBIOHA, BAR #25810**
**JORDAN P. PARKER, BAR #39299**
1550 North Broad Street
New Orleans, LA 70119
Tel: (504) 265-0437
Fax: (504) 265-0440
pius@obiohalaw.com
jordan@obiohalaw.com
*Attorneys for Plaintiff, Jannelle Jamison*


06/24/2022 15:04:38 CERTIFIED TRUE COPY - Pg:1 of 1 - Jefferson Parish Clerk of Court - ID:2292763

24th E-Filed: 05/13/2022 15:24 Case: 828250 Div:M Atty:025810 PIUS A OBIOHA

**LOUISIANA CIVIL CASE REPORTING**
Civil Case Cover Sheet - LA. R.S. 13:4688 and
Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

JANNELLE JAMISON       vs.   FLOOR AND DECOR OUTLETS OF AMERICA, INC. D/B/A FLOOR & DECOR

Court: 24th Judicial District        Docket Number: 828250

Parish of Filing: Jefferson        Filing Date: 05/13/2022

Name of Lead Petitioner's Attorney: PIUS A OBIOHA

Name of Self-Represented Litigant: _____

Number of named petitioners: 1        Number of named defendants: 2

**Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):**

- ☐ Auto: Personal Injury
- ☐ Auto: Wrongful Death
- ☐ Asbestos: Property Damage
- ☐ Product Liability
- ☐ Intentional Bodily Injury
- ☐ Intentional Wrongful Death
- ☐ Business Tort
- ☐ Defamation
- ☐ Environmental Tort
- ☐ Intellectual Property
- ☐ Legal Malpractice
- ☐ Other Professional Malpractice
- ☐ Maritime
- ☐ Wrongful Death
- ☐ General Negligence

- ☐ Auto: Property Damage
- ☐ Auto: Uninsured Motorist
- ☐ Asbestos: Personal Injury/Death
- ☒ Premise Liability
- ☐ Intentional Property Damage
- ☐ Unfair Business Practice
- ☐ Fraud
- ☐ Professional Negligence
- ☐ Medical Malpractice
- ☐ Toxic Tort
- ☐ Other Tort (describe below)
- ☐ Redhibition
- ☐ Class action (nature of case)
- ☐ Hurricane Case

**Please briefly describe the nature of the litigation in one sentence of additional detail:**


Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name PIUS A OBIOHA        Signature /s/ PIUS A OBIOHA

Address 1550 NORTH BROAD STREET, NEW ORLEANS, LA 70119

Phone number: 504-265-0437        E-mail address: pius@obiohalaw.com

06/24/2022 15:05:30 CERTIFIED TRUE COPY - Pg:1 of 1 - Jefferson Parish Clerk of Court - ID:2292765

## 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

### STATE OF LOUISIANA

**NO. 828-250**                                                                **DIV. M**

### JANNELLE JAMISON

### VERSUS

### FLOOR AND DECOR OUTLETS OF AMERICA. INC. D/B/A FLOOR & DECOR, AND SAFETY NATIONAL CASUALTY CORPORATION

**FILED:** _____        _____
                                                                       **DEPUTY CLERK**

### DEFENDANTS', FLOOR AND DECOR OUTLETS OF AMERICA. INC. D/B/A FLOOR & DECOR, AND SAFETY NATIONAL CASUALTY CORPORATION, MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

Defendants, Floor and Decor Outlets of America, Inc. d/b/a Floor & Decor and Safety National Casualty Corporation ("Defendants"), hereby move for an extension of time within which to respond to Plaintiff's Petition for Damages through and including July 8, 2022, on the following grounds:

1.

Plaintiff Jannelle Jamison filed her Petition for Damages on May 13, 2022.

2.

Plaintiff served her Petition for Damages on both Defendants on June 3, 2022, thereby making responsive pleadings due on or before June 24, 2022.

3.

Defendants would like to respond adequately but require additional time to respond.

4.

Counsel for Defendants has conferred with Plaintiff's counsel who has advised that he does not object to the requested extension of time.

1

272297097v.1 06/24/2022 15:07:56 CERTIFIED TRUE COPY - Pg:1 of 4 - Jefferson Parish Clerk of Court - ID:2292767
JON A. GEGENHEIMER

24th E-Filed: 06/22/2022 10:19 Case: 828250 Div:M Atty:035897 ELISE M LEE

5.

Considering the foregoing, Defendants request that this Court grant them an extension of time, through and including July 8, 2022, within which to file responsive pleadings. The requested extension will not unduly delay the hearing or determination of this case.

6.

Defendants appear solely to request an extension of time and reserve all rights and defenses they may have, including insufficiency of service of process.

**WHEREFORE**, Defendants Floor and Decor Outlets of America, Inc. and Safety National Casualty Corporation, pray that they be granted an extension of time, through and including July 8, 2022, to file responsive pleadings to Plaintiff's Petition.

Respectfully submitted,

*/s/ Elise Madere Lee*
Kimberly R. Silas (La. Bar No. 33371)
Elise Madere Lee (La. Bar No. 35897)
**WILSON ELSER MOSKOWITZ EDELMAN
& DICKER LLP**
650 Poydras Street, Suite 2200
New Orleans, Louisiana 70130
Phone: (504) 702-1710
Fax:    (504) 702-1715
Kimberly.Silas@wilsonelser.com
Elise.MadereLee@wilsonelser.com
*Counsel for Defendants, Floor and Decor Outlets of America, Inc. and Safety National Casualty Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the foregoing document on all known counsel of record via e-mail, facsimile, and/or by United States mail, postage prepaid, on this 22nd day of June, 2022.

*/s/ Elise Madere Lee*
Elise Madere Lee

2

272297097v.1 06/24/2022 15:07:56 CERTIFIED TRUE COPY - Pg:2 of 4 - Jefferson Parish Clerk of Court - ID:2292767
JON A. GEGENHEIMER
24th E-Filed: 06/22/2022 10:19 Case: 828250 Div:M Atty:035897 ELISE M LEE

## 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

## STATE OF LOUISIANA

**NO. 828-250**                                                                                       **DIV. M**

### JANNELLE JAMISON

### VERSUS

### FLOOR AND DECOR OUTLETS OF AMERICA. INC. D/B/A FLOOR & DECOR, AND SAFETY NATIONAL CASUALTY CORPORATION

**FILED:** _____          _____
                                                                **DEPUTY CLERK**

### ORDER

CONSIDERING the foregoing *Motion for Extension of Time to File Responsive Pleadings* filed herein by Defendants Floor and Decor Outlets of America, Inc. d/b/a Floor & Decor and Safety National Casualty Corporation:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the *Motion for Extension of Time to File Responsive Pleadings* is GRANTED and Defendants, Floor and Decor Outlets of America, Inc. d/b/a Floor & Decor and Safety National Casualty Corporation are hereby granted an extension of time, through and including July 8, 2022, to file responsive pleadings to Plaintiff's Petition for Damages.

**THIS DONE AND SIGNED** this ____ day of _____, 2022, at Gretna, Louisiana.

                                                            _____
                                                            **Hon. Shayna Beevers Morvant**
                                                            **Judge, 24th Judicial District Court**
                                                            **Parish of Jefferson**

**PLEASE SERVE:**
Pius A. Obioha
Jordan A. Parker
Law Offices of Pius A. Obioha & Associates, LLC
1550 North Broad Street
New Orleans, LA 70119
*Counsel for Plaintiff*

Kimberly R. Silas
Elise Madere Lee
650 Poydras St., Suite 2250
New Orleans, LA 70130
*Counsel for Defendants*

3

272297097v.106/24/2022 15:07:56 CERTIFIED TRUE COPY - Pg:3 of 4 - Jefferson Parish Clerk of Court - ID:2292767
JON A. GEGENHEIMER
24th E-Filed: 06/22/2022 10:19 Case: 828250 Div:M Atty:035897 ELISE M LEE

**0012**

**Wendi Lagasse**

| | |
|---|---|
| **From:** | Wendi Lagasse |
| **Sent:** | Wednesday, June 22, 2022 10:24 AM |
| **To:** | 'Jill.ritzmann@WILSONELSER.COM'; 'KELLY.POTEET@WILSONELSER.COM' |
| **Subject:** | EFile Case: 828250 |

Good Morning,

In order to fully process your e file (Request for Extension of Time), we will need a Service Check in the amount of $60.00 dollars made payable to New Orleans Parish Sheriff. Please forward to the attention of Wendi Lagasse.

Thank you in advance,

**Wendi Lagasse**
*Docket Clerk*
*24th JDC Civil Filing*
*Jefferson Parish Clerk of Court*
Thomas F. Donelon Courthouse
200 Derbigny St. Ste. 4400
Gretna LA 70053
Phone: (504) 364-2975
Fax: (504) 364-3780



Please be advised that any information provided to the Jefferson Parish Clerk of Court may be subject to disclosure under the Louisiana Public Records Law. Information contained in any correspondence, regardless of its source, may be a public record subject to public inspection and reproduction in accordance with the Louisiana Public Records Law, La. Rev. Stat. 44:1 et seq.

This message is intended only for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender of this e-mail or by telephone.

1



06/24/2022 15:07:56 CERTIFIED TRUE COPY - Pg:4 of 4 - Jefferson Parish Clerk of Court - ID:2292767

**24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON**

**STATE OF LOUISIANA**

**NO. 828-250**                                                                                          **DIV. M**

**JANNELLE JAMISON**

**VERSUS**

**FLOOR AND DECOR OUTLETS OF AMERICA. INC. D/B/A FLOOR & DECOR, AND SAFETY NATIONAL CASUALTY CORPORATION**

**FILED:** _____        _____
                                                            **DEPUTY CLERK**

### REQUEST FOR NOTICE

Pursuant to Louisiana Code of Civil Procedure Article 1572, Defendants Floor and Decor Outlets of America, Inc. d/b/a Floor & Decor and Safety National Casualty Corporation ("Defendants") hereby request that written notice be provided at least ten days prior to the date this matter is set for trial as well as the date any pleadings or motions are set for hearing. In addition, pursuant to Louisiana Code of Civil Procedure Articles 1913 and 1914, Defendants request that they be provided with written notice of the signing of any final judgment or rendition of any interlocutory order of judgment in the above numbered and entitled cause.

Respectfully submitted,

*Elise Madere Lee*
Kimberly R. Silas (La. Bar No. 33371)
Elise Madere Lee (La. Bar No. 35897)
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
650 Poydras Street, Suite 2200
New Orleans, Louisiana 70130
Phone: (504) 702-1710
Fax:    (504) 702-1715
Kimberly.Silas@wilsonelser.com
Elise.MadereLee@wilsonelser.com
*Counsel for Defendants, Floor and Decor Outlets of America, Inc. d/b/a Floor & Decor and Safety National Casualty Corporation*

1



272297254v.1
JON A. GEGENHEIMER    06/24/2022 15:07:04 CERTIFIED TRUE COPY - Pg:1 of 2 - Jefferson Parish Clerk of Court - ID:2292766

24th E-Filed: 06/22/2022 10:18 Case: 828250 Div:M Atty:035897 ELISE M LEE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the foregoing document on all known counsel of record via e-mail, facsimile, and/or by United States mail, postage prepaid, on this 22nd day of June, 2022.

*Elise Madere Lee*
Elise Madere Lee

24th E-Filed: 06/22/2022 10:18 Case: 828250 Div:M Atty:035897 ELISE M LEE



2297254v.1

2

06/24/2022 15:07:04 CERTIFIED TRUE COPY - Pg:2 of 2 - Jefferson Parish Clerk of Court - ID:2292766

JON A. GEGENHEIMER